UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES BAKER,<br><br>Defendant | Criminal No.   20cr10162<br><br>Violations:<br><br>Count One: Dealing in Firearms Without a License (18 U.S.C. § 922(a)(1)(A))<br><br>Counts Two and Three: Felon in Possession of a Firearm<br>(18 U.S.C. § 922(g)(1))<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Dealing in Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

The Grand Jury charges:

From a time unknown to the Grand Jury, but continuing until in or about May 2019, in Charlestown, Woburn, Lowell, Somerville, Holbrook, and Boston, in the District of Massachusetts, and elsewhere, the defendant,

CHARLES BAKER,

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Section 922(a)(1)(A).

COUNT TWO
Felon in Possession of a Firearm
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about October 23, 2018, in Charlestown, in the District of Massachusetts, and elsewhere, the defendant,

CHARLES BAKER,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Taurus, G2C model, 9mm firearm bearing serial number TL098151.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE
Felon in Possession of a Firearm
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about October 1, 2018, in Charlestown, in the District of Massachusetts, and elsewhere, the defendant,

CHARLES BAKER,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Taurus, PT738 model, .380 caliber firearm bearing serial number 03270E.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>FIREARM FORFEITURE ALLEGATION</u>
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 922(a)(1)(A), and 922(g)(1), set forth in Counts One through Three, the defendant,

CHARLES BAKER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
PHILIP A. MALLARD
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: AUGUST  19 , 2020
Returned into the District Court by the Grand Jurors and filed.

 /s/ Thomas F. Quinn  @ 3:50pm  8/19/20
_____
DEPUTY CLERK