**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** ATF

**City** Charles town
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 19-MJ-1113-DLC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: CHARLES BAKER    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) CHARLESTOWN, MA

Birth date (Yr only): 1976   SSN (last4#): 8145   Sex: M   Race: B   Nationality: _____

**Defense Counsel if known:** Paul Garrity, Esq.    Address: _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Philip A. Mallard    Bar Number if applicable: 679138

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/19/2020    Signature of AUSA: *Philip A. Mallard*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    CHARLES BAKER

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms without a License | 1 |
| Set 2 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm | 2 |
| Set 3 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____