AO 199A (Rev. 12/11)  Order Setting Conditions of Release                                                          Page 1 of   4      Pages

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   20-cr-10162-NMG-1 |
| **CHARLES BAKER** | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at: _____
                                                              *Place*

   on _____
                                    *Date and Time*

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 20-cr-10162-NMG |
| v. | |
| CHARLES BAKER, | |
| Defendant. | |

## ORDER SETTING CONDITIONS OF RELEASE

CABELL, U.S.M.J.

The court will release the defendant subject to the following conditions:

1. The defendant shall be subject to home incarceration at the residence assessed by the Pretrial/Probation Office, that is, his sister's residence. The defendant's compliance with this condition shall be enforced through electronic monitoring via a landline to be installed in the residence or, if that does not happen, any other technology at Probation's discretion. Home incarceration means that the defendant is allowed out only for activities approved by the Court, normally legal and medical purposes. Other activities may be considered but must be approved in advance by the Court. Once installed in the residence, the defendant shall not move without Probation's prior permission.

2. As suggested by the preceding paragraph, travel will be permitted to confer with counsel or attend court proceedings as required, or to attend previously scheduled medical or medical-related appointments. In all circumstances, however, the defendant shall obtain the permission of Probation before leaving the residence to travel anywhere. If permitted to travel, the defendant shall return to the residence as soon as the event for which travel was permitted has ended.

3. The defendant shall report to Probation as directed.

4. The defendant shall not apply for a passport or any other travel documents while on release. If it has not already happened, the defendant shall surrender his passport and any other travel documents to Probation upon his release.

5. The defendant must avoid all contact, directly or indirectly, with any person who is or may be a co-defendant, witness or victim in the investigation or prosecution of this case.

6. The defendant shall refrain from possessing any firearm, destructive device, or other dangerous weapon and shall not have access to any such items lawfully owned and possessed by any other occupants of the residence.

7. The defendant shall refrain from the excessive use of alcohol.

8. The defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. This includes marijuana.

9. The defendant shall be required to pay for, or contribute to the cost of, the imposed monitoring condition, based on an ability to pay.

10. The defendant shall report any contact with law enforcement within 24 hours.

11. The defendant shall obey all statutory conditions of release.

*SO ORDERED.*

/s/ Donald L. Cabell
DONALD L. CABELL
United States Magistrate Judge

DATED: September 16, 2020

AO 199C  (Rev. 09/08)  Advice of Penalties                                                                                   Page   4   of   4   Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

x _____[signature]_____
*Defendant's Signature*

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:  _____9/16/20_____                             _____
                                                                                  *Judicial Officer's Signature*

                                                                                  Noreen Russo, Deputy Clerk.
                                                                                  *Printed name and title*