UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES BAKER<br><br>Defendant | CRIMINAL No. 20-CR-10162-NMG |

## JOINT INTERIM STATUS MEMORANDUM

Pursuant to Local Rule 116.5(b), the parties hereby file the following interim status memorandum prepared in connection with the Interim Status Conference scheduled for November 12, 2020. The parties request that the Court schedule a Further Interim Status Conference to be held in sixty days.

**(1)  Status of Automatic Discovery and Pending Discovery Requests**

Automatic discovery was sent on August 20, 2020, and October 14, 2020.

The government is preparing the voluminous raw data from approximately eight phone extractions that will be produced shortly. Once produced, an Automatic Discovery Letter will be sent. To date, no discovery letter or request has been received.

**(2)  Timing of Additional Discovery**

The government anticipates producing the data extractions of the various cellular phones in the upcoming two weeks.

Other than final expert disclosures, and any pretrial discovery required by the Local Rules, the government does not presently anticipate producing or requesting any other additional discovery.

Should the government receive any reports or other discoverable information in addition to that outlined above, it will be produced as required by Rule 16 and the Local Rules.

**(3)  Timing of Additional Discovery Requests**

The defendant has not yet determined whether he will make any additional discovery requests.

**(4)  Protective Orders**

No protective order was ordered in this case and the parties do not anticipate one being necessary.

**(5)     Status of Pretrial Motions**

As the review of discovery is ongoing, the defendant has not yet determined whether he will file any pretrial motions.

**(6)     Timing of Expert Witness Disclosures**

The Government agrees to provide any expert witness disclosures 21 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

**(7)     Defenses of Insanity, Public Authority or Alibi**

No defenses of insanity, public authority, or alibi are anticipated.

**(8)     Periods of Excludable Delay Under the Speedy Trial Act**

Since the defendant's initial appearance and arraignment, all of the time up to an including November 12, 2020 has been ordered excluded from all Speed Trial Act calculations. Specifically, the excluded periods are as follows:

1. August 20, 2020, through September 30, 2020, excluded per Order [Dkt. #18]; and
2. September 30, 2020 through November 12, 2020, excluded per Order [Dkt. #24].

The parties further agree to exclude the time from the Interim Status Conference date through date of the Further Interim Status Conference.

As of the Further Interim Status Conference, zero days will have counted and seventy days will remain under the Speed Trial Act.

**(9)     Status of any plea discussions and likelihood and estimated length of trial**

The parties have not begun plea discussions. Defense counsel needs to consult with the defendant as to whether to proceed with plea discussions.

If this matter is to proceed to trial, the government estimates trial would take ten days, assuming half-days, given the nature of trial proceedings during the COVID pandemic.

**(10)    Timing of Final Status Conference**

In light of the contents of the report, the parties request cancellation of the status conference scheduled for November 12, 2020.

The parties request that the Court schedule a Further Interim Status Conference to be held in approximately 60 days.

                                      Respectfully submitted,

                                      ANDREW E. LELLING
                                      United States Attorney

By:    */s/ Philip A. Mallard*
        Philip A. Mallard
        Assistant United States Attorney


By:    */s/ Paul Garrity*
        Paul Garrity, Esq.
        Counsel for the defendant

## CERTIFICATE OF SERVICE

I, Philip A. Mallard, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: November 6, 2020                    */s/ Philip A. Mallard*
                                                  Philip A. Mallard
                                                  Assistant United States Attorney