IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 1:20-cr-10162-NMG |
| CHARLES BAKER | § | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW Mr. Baker and files this Motion to Modify Conditions of Release and would show the Court as follows:

1. Mr. Baker has been one incarceration since September 2020, a period in excess of 6 months. Mr. Baker has and no infractions or violations of conditions of release.

2. The Court has on multiple occasions permitted Mr. Baker to leave his residence to complete his GED requirements. Mr. Baker is on the verge of completing his GED, and has but one more test to complete.

3. Mr. Baker asks this Court to revise his conditions of release, converting Home Incarceration to Home Detention. The conditions of release applicable to an accused on Home Detention permits Mr. Baker to leave his residence for medical, religious, therapeutic, court, education and other activities pre-approved by Mr. Baker's probation officer.

4. Ben Miller, Mr. Baker's probation officer, supports the granting of this motion.

WHEREFORE, Defendant prays this Court will revise his conditions of release to convert his home incarceration to home detention.

RESPECTFULLY SUBMITTED,

>/s/ Bryan Owens
>Bryan Patrick Owens
>MA BBO No. 672053
>64 Tiogue Ave.
>West Warwick, RI 02893
>Phone: 617-992-1732
>Email: bryan@owenscriminaldefense.com

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Undersigned counsel certifies that, on May 10, 2021 he conferred with Philip Mallard, counsel for the Government in an attempt to resolve or narrow the issues raised in this Motion. The Government takes no position on this Motion.

>/s/ Bryan Owens
>Bryan Owens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on May 10, 2021.

>/s/ Bryan Owens
>Bryan Owens